**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MEDIA CONTENT PROTECTION LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>Defendants. | C.A. No.: 20-cv-1240-CFC<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER
REGARDING FILING OF SECOND AMENDED COMPLAINT**

WHEREAS, Media Content Protection LLC ("Plaintiff" or "MCP") has been joined as a plaintiff in this case (*see* D.I. 63) and, pursuant to Paragraph 8 of the Scheduling Order (D.I. 72), Federal Rule of Civil Procedure 15(a)(2), and D. Del. Local Rule 15.1, seeks to file a Second Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Dell Technologies Inc. and Dell Inc. ("Defendants" or "Dell") consent to this amendment;

AND WHEREAS, pursuant to D. Del. Local Rule 15.1, Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit 1, and a redline indicating in what respects it differs from the First Amended Complaint (D.I. 21) is attached hereto as Exhibit 2;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, subject to the approval of the Court, that:

1. Plaintiff's proposed Second Amended Complaint shall be docketed by the Court as the amended complaint upon entry of this stipulation as an Order of the Court;

2. On or before October 11, 2024, Defendants shall move, answer or otherwise respond to the Second Amended Complaint; and

3. This stipulation does not supersede the Stipulation and Order Regarding Discovery and Parties (D.I. 63) previously entered by the Court.

| | |
|---|---|
| Dated: September 20, 2024 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
| */s/ Brian E. Farnan* | |
| Brian E. Farnan (Bar No. 4089) | */s/ Jeremy A. Tigan* |
| Michael J. Farnan (Bar No. 5165) | Jack B. Blumenfeld (#1014) |
| 919 N. Market Street, 12th Floor | Jeremy A. Tigan (#5239) |
| Wilmington, DE 19801 | 1201 N. Market Street |
| Tel: (302) 777-0300 | P.O. Box 1347 |
| Fax: (302) 777-0301 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | Tel: (302) 658-9200 |
| mfarnan@farnanlaw.com | jblumenfeld@morrisnichols.com |
| | jtigan@morrisnichols.com |
| *Counsel for Plaintiff* | |
| *Media Content Protection LLC* | *Counsel for Defendants* |
| | *Dell Technologies Inc. and* |
| | *Dell Inc.* |

S<small>O</small> <small>ORDERED</small> this _____ day of _____, 2024.

_____
T<small>HE</small> H<small>ONORABLE</small> C<small>OLM</small> F. C<small>ONNOLLY</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>